IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Taylor, Shawnise

Printed: 01/13/09

Case Number: 08 B 23176
Judge: Hollis, Pamela S
Filed: 9/1/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: December 1, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 0.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Bennie W Fernandez | Administrative | 2,373.00 | 0.00 |
| 2. | Ocwen Federal Bank FSB | Secured | 0.00 | 0.00 |
| 3. | Central Credit Union of Illino | Secured | 0.00 | 0.00 |
| 4. | Ocwen Federal Bank FSB | Secured | 0.00 | 0.00 |
| 5. | City Of Chicago | Secured | 500.00 | 0.00 |
| 6. | Cook County Treasurer | Secured | 3,000.00 | 0.00 |
| 7. | Ocwen Federal Bank FSB | Secured | 22,101.65 | 0.00 |
| 8. | Ocwen Federal Bank FSB | Secured | 4,037.00 | 0.00 |
| 9. | Sallie Mae | Priority | 0.00 | 0.00 |
| 10. | Sallie Mae | Priority | 0.00 | 0.00 |
| 11. | AES/PHEAA | Unsecured | 0.00 | 0.00 |
| 12. | Dell Financial Services, Inc | Unsecured | 200.13 | 0.00 |
| 13. | Fidelity Information Corp. | Unsecured | 27.19 | 0.00 |
| 14. | ECast Settlement Corp | Unsecured | 158.16 | 0.00 |
| 15. | Jefferson Capital Systems LLC | Unsecured | 65.29 | 0.00 |
| 16. | Target National Bank | Unsecured | 80.25 | 0.00 |
| 17. | Macys Retail Holdings Inc | Unsecured | 41.02 | 0.00 |
| 18. | Great American Finance Company | Unsecured | 50.99 | 0.00 |
| 19. | American General Finance | Unsecured | 375.73 | 0.00 |
| 20. | RoundUp Funding LLC | Unsecured | 33.50 | 0.00 |
| 21. | ECast Settlement Corp | Unsecured | 1,083.74 | 0.00 |
| 22. | Sallie Mae | Priority |  | No Claim Filed |
| 23. | Sallie Mae | Priority |  | No Claim Filed |
| 24. | Credit Management Service | Unsecured |  | No Claim Filed |
|  |  |  | $ 34,127.65 | $ 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Taylor, Shawnise | Case Number: 08 B 23176 |
| | Judge: Hollis, Pamela S |
| Printed: 01/13/09 | Filed: 9/1/08 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| | $ 0.00 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

